

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | **5 : 11 CR052** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| JEFF BOYD LEVENDERIS, | ) | Sections 175(b) and 1001(a)(2) |
| | ) | **JUDGE WELLS** |
| Defendant. | ) | |

## COUNT 1

The Grand Jury charges:

From at least as early as on or about January 1, 2005, and continuing through no later than January 24, 2011, the defendant, JEFF BOYD LEVENDERIS, in the Northern District of Ohio, Eastern Division, did knowingly possess a biological toxin and delivery system, to wit, ricin, which was not in its naturally occurring form, and was of a type and in a quantity that, under the circumstances, was not reasonably justified by a prophylactic, protective, bona fide research, or other peaceful purpose.

All in violation of Title 18, United States Code, Section 175(b).

## COUNT 2

The Grand Jury further charges:

On or about January 24, 2011, the defendant, JEFF BOYD LEVENDERIS, in the Northern District of Ohio, Eastern Division, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of an executive department and agency of the United States, to wit, the defendant stated to agents of the Federal Bureau of Investigation that a substance he had produced was ant poison and did not contain ricin, a biological toxin, when in truth and in fact, as the defendant at the time well knew, the substance was ricin.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Original document -- Signatures on file with the Clerk of Courts,
pursuant to the E-Government Act of 2002.

2